UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:22-00182 |
| v. ) | |
| ) | 18 U.S.C. § 2252(a)(1) and (b)(1) |
| ) | 18 U.S.C. § 2252(a)(2) and (b)(1) |
| KEVIT L. GREEN ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about July 8, 2021, in the Middle District of Tennessee, **KEVIT L. GREEN** knowingly transported any visual depiction using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, by any means including by computer, and the production of such visual image involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or before January 19, 2022, in the Middle District of Tennessee, **KEVIT L. GREEN** knowingly received any visual depiction using any means or facility of interstate or foreign commerce or that had been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

1.  The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2.  Upon conviction of one or more of the offenses alleged in COUNTS ONE and TWO of this Indictment, **KEVIT L. GREEN** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

> (a) Any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction which was produced, transported, mailed, shipped or received in violation of law;
>
> (b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>
> (c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property including but not limited to:
>
> Any electronic devices seized from **KEVIT L. GREEN** including, but not limited to, the following:
>
> - Samsung Galaxy S9 cell phone
> - Samsung Galaxy S9 cell phone, Model G970U

A TRUE BILL

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

*/s/ Monica R. Morrison*

MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEY